UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV172-J

DAVID LOOP                                                                                        PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                     DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff David Loop seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, including the following contentions: 1) the ALJ erred in weighing claimant's credibility; 2) the ALJ did not properly evaluate the claimant's obesity; 3) the ALJ erred to give controlling weight to Dr. Wan's disabling opinions; 4) the ALJ should have re-contacted Dr. Wan for clarification of his opinions; and 5) the magistrate judge erred by finding non-examining state agency physician Dr. Margaret Stubbs' October 4, 2004 assessment sufficient to support an RFC for light work as her records review was stale by the time the Decision was rendered June 15, 2006, it did not include records in evidence after October 4, 2004, and it did not account for claimant's non-exertional impairment resulting from pain. Each of these issues was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court

adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.